YOUNG WOMEN'S CHRISTIAN ASSOCIATION OF BROOKLYN, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment affirmed, with costs. No opinion.

Lazansky, P. J., Hagarty and Scudder, JJ., concur; Rich and Carswell, JJ., dissent and vote for reversal and a dismissal of the complaint.